DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV125-GCM
(3:00CR222-GCM-3)

| | |
|---|---|
| QUINTIN JERRAD SNEAD, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

UPON MOTION of Petitioner, (Doc. No. 9), to hold Petitioner's motion to vacate brought under 28 U.S.C. § 2255 in abeyance pending resolution of the appeal in Miller v. United States, No. 13-6254,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 9), is **GRANTED**. Petitioner shall, within 20 days of the Fourth Circuit's resolution of the appeal in Miller, request a lift of the stay from the Court.

Signed: June 17, 2013

Graham C. Mullen
United States District Judge