DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV125-GCM
(3:00CR222-GCM-3)

| | |
|---|---|
| QUINTIN JERRAD SNEAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

UPON MOTION of Petitioner to lift the stay of his motion to vacate brought under 28 U.S.C. § 2255, (Doc. No. 11),

**IT IS HEREBY ORDERED** that the Motion to Lift Stay, (Doc. No. 11), is **GRANTED**. This action is no longer stayed, and the Government shall have sixty days in which to file a Response to Petitioner's Motion to Vacate, as well as Petitioner's Supplemental Memorandum of Additional Authority.

Signed: September 17, 2013

Graham C. Mullen
United States District Judge